

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HAROLD M. HOFFMAN,

          Plaintiff,

-against-                  Docket No.: 13-cv-1729 (CCC) (JAD)

MCNEIL NUTRITIONALS, LLC,

          Defendant.

## NOTICE OF DISMISSAL

Plaintiff, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby dismisses the within civil action, with prejudice.

Dated: May 28, 2013

                                      s/ Harold M. Hoffman, Esq.
                                      *Counsel for Plaintiff*
                                      240 Grand Avenue
                                      Englewood, NJ 07631
                                      *hoffman.esq@verizon.net*

                              SO ORDERED
                                *s/Claire C. Cecchi*
                              Claire C. Cecchi, U.S.D.J.
                              Date: 5/29/13